UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE STATE OF NEW YORK, by LETITIA
JAMES, Attorney General of the State of New
York, and

THE STATE OF NEW JERSEY, by GURBIR S.
GREWAL, Attorney General of the State of New
Jersey,

                    Plaintiffs,

-against-

THE UNITED STATES DEPARTMENT
OF THE TREASURY and THE INTERNAL
REVENUE SERVICE,

                    Defendants.

---------------------------------------------------------------x

Case No. 19-cv-4024 (JMF)

**MOTION FOR SUMMARY JUDGMENT**

    Plaintiffs the States of New York and New Jersey hereby move for summary judgment on Counts I and II of their Complaint. This motion is supported by the arguments in the Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, as well as the Declaration of Catherine Suvari filed with that brief, both of which will be filed concurrently with this motion. Plaintiffs have notified Defendants of this motion and Defendants intend to oppose the motion.

    For the reasons stated in Plaintiffs' brief, Plaintiffs ask this Court to issue an order and judgment, pursuant to 28 U.S.C. § 2201 *et seq.*, finding that Defendants unlawfully failed to timely respond and disclose records in response to Plaintiffs' requests under 5 U.S.C. § 552(a), ordering Defendants to search for and promptly disclose all records responsive to Plaintiffs' requests within 90 days, awarding Plaintiffs' attorneys' fees and costs, and granting any other relief this Court deems appropriate.

Dated:    July 29, 2019
          New York, New York

                                    Respectfully submitted,

                                    **LETITIA JAMES**
                                    Attorney General of the State of New York

                         By:  /s/ Catherine Suvari
                                  _____

                                    Catherine Suvari
                                      Assistant Attorney General
                                  28 Liberty Street
                                  New York, New York 10005
                                  Tel. (212) 416-6172
                                  Catherine.Suvari@ag.ny.gov

                                  **GURBIR S. GREWAL**
                                  Attorney General of the State of New Jersey

                       By:  _____
                                  Glenn J. Moramarco
                                      Assistant Attorney General
                                  Katherine Gregory
                                      Deputy Attorney General
                                  Hughes Justice Complex - 1st Floor
                                  P.O. Box 112
                                  25 Market Street
                                  Trenton, New Jersey 08625
                                  Tel. (609) 376-3235
                                  Glenn.Moramarco@law.njoag.gov
                                  Katherine.Gregory@law.njoag.gov