```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
                                                                  :
THE STATE OF NEW YORK and THE STATE OF                            :
NEW JERSEY,                                                       :
                                                                  :
                                                                  :        19-CV-4024 (JMF)
                        Plaintiffs,                               :
                                                                  :              ORDER
        -v-                                                       :
                                                                  :
                                                                  :
                                                                  :
THE UNITED STATES DEPARTMENT OF THE                               :
TREASURY and THE INTERNAL REVENUE                                 :
SERVICE,                                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Upon review of the parties' motion papers and relevant case law, the Court is inclined to conclude that it should set a production schedule that lies somewhere between Plaintiffs' unrealistic proposal for a ninety-day deadline and Defendants' proposal that the Court do nothing. *See, e.g.*, *Colbert v. Federal Bureau of Investigation*, 2018 WL 6299966, at *3 (D.D.C., 2018) ("Courts have broad discretion to determine a reasonable processing rate for a FOIA request."). Additionally, in view of the overall length of the production schedule (to date and going forward), the Court is inclined to conclude that it should require production of a *Vaughn* Index on a rolling basis (and, relatedly, that it should deny Plaintiffs' challenge to Defendants' invocation of applicable privileges as premature).

To discuss these issues and, if appropriate, set a production schedule, the parties shall appear for a conference with the Court on **December 11, 2019,** at **10:00 a.m.**, in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007. **Further,**

**no later than December 3, 2019**, the parties shall meet and confer in person for at least one hour to discuss a possible production schedule and to discuss other options for expediting Defendants' review and production, including but not limited to (1) narrowing Plaintiffs' requests; (2) agreeing to forego or delay agency review of certain categories of documents most likely to be exempt from production; and (3) identification of information or materials that Plaintiffs are most interested in for more immediate review.  **Finally, no later than December 5, 2019**, the parties shall file a letter informing the Court of their positions on these issues and the status of Defendants' production as of that date.

SO ORDERED.

Dated: November 22, 2019
New York, New York

JESSE M. FURMAN
United States District Judge