

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

November 25, 2019

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

>  Re: *State of New York et al v. U.S. Department of Treasury, et al.,* 19 Civ. 4024 (JMF)

Dear Judge Furman:

This Office represents Defendants the United States Department of Treasury and the Internal Revenue Service in the above-referenced Freedom of Information Act ("FOIA") litigation. We write to respectfully request that the conference that was recently scheduled in this matter for December 11, 2019, at 10:00 a.m., *see* ECF No. 35, be rescheduled. The reason for this request is that undersigned counsel will be out of town on that date on previously scheduled work travel.

The parties have conferred and are available on the following dates/times:

- Friday, December 13 – any time
- Monday, December 16 – before 2pm
- Thursday, December 19 – any time
- Friday, December 20 – after 1pm

Plaintiffs consent to the adjournment of the conference to any of the aforementioned dates/times. This is the first request for an adjournment of this conference.

We thank the Court for its consideration of this request.

>  Respectfully submitted,
> 
>  GEOFFREY S. BERMAN
>  United States Attorney
> 
>  By:  /s/ Dominika Tarczynska

DOMINIKA TARCZYNSKA
Assistant United States Attorney
Tel. (212) 637-2748
Fax (212) 637-2686
dominika.tarczynska@usdoj.gov

*Counsel for Defendants United States Department
of the Treasury and Internal Revenue Service*

Application GRANTED.  The conference originally scheduled for December 11, 2019, is hereby rescheduled to **Friday, December 13, 2019, at 10:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 36.  SO ORDERED.

November 26, 2019