UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
THE STATE OF NEW YORK and THE STATE OF                            :
NEW JERSEY,                                                       :
                                                                  :       19-CV-4024 (JMF)
                        Plaintiffs,                               :
                                                                  :       ORDER
        -v-                                                       :
                                                                  :
                                                                  :
THE UNITED STATES DEPARTMENT OF THE                               :
TREASURY and THE INTERNAL REVENUE                                 :
SERVICE,                                                          :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at the conference held earlier today, **no later than January 13, 2020**, Defendants shall complete the review and production (as appropriate) of the following priority documents: the 35 external e-mails; the 1 document sent to the White House and/or OMB; and 100 of the 320 documents relating to outside speeches and remarks. The remaining documents relating to outside speeches and remarks shall be reviewed and produced (as appropriate) on a rolling basis thereafter.

      **By that same date**, the parties shall submit a joint letter indicating (1) the status of production as of that date; (2) a joint proposal (or competing proposals) regarding search terms and the review/production of any remaining documents; and (3) what further steps, if any, the Court should take to help the parties resolve any outstanding issues.

      The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

Dated: December 13, 2019
      New York, New York
                                           JESSE M. FURMAN
                                        United States District Judge